AO 471 (8/85) Order of Temporary Detention

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

___Javon J Searles___
Defendant

ORDER OF TEMPORARY DETENTION TO
PERMIT REVOCATION OF CONDITIONAL
RELEASE, DEPORTATION OR EXCLUSION

Case Number:  05-~~255~~

FILED

JUN 2 0 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I find that the defendant

☑  is, and was at the time the alleged offense was committed:

☐   on release pending trial for a felony under federal, state, or local law.

☐   on release pending imposition or execution of sentence, appeal of sentence or conviction, or comple-
tion of sentence, for an offense under federal, state, or local law.

☑   on probation or parole for an offense under federal, state, or local law; or

☐  is not a citizen of the United States or lawfully admitted for permanent residence as defined at (8 U.S.C.
§1101(a)(20)).

and I further find that the defendant may

☐  flee,  or  ☐ pose a danger to another person or the community.

I accordingly ORDER the detention of the defendant without bail to and including _7-5-05_,
which is not more than ten days from the date of this Order, excluding Saturdays, Sundays and holidays.

I further direct the attorney for the Government to notify the appropriate court, probation or parole offi-
cial, or state or local law enforcement official, or the appropriate official of the Immigration and Naturaliza-
tion Service so that the custody of the defendant can be transferred and a detainer placed in connection with
this case.

If custody is not transferred by the above date, I direct the production of the defendant before me on
that date so that further proceedings may be considered in accordance with the provisions of 18 U.S.C. § 3142.

Date: _____06/20/05_____

_John M Facciola_
Judicial Officer