UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-255(RMC) |
| | : | |
| v. | : | |
| | : | |
| JAVON SEARLES | : | |
| | : | |
| Defendant. | | |

NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Wendy L. Short at telephone number (202) 514-1885 and/or email address Wendy.Short@usdoj.gov.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
Wendy Short
ASSISTANT UNITED STATES ATTORNEY
Bar No. 461801
555 4th Street, N.W., Room 4245
Washington, DC 20530
(202) 514-1885