UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | Criminal No.: 05-255(RMC) |
| | : | |
| v | : | Motions Hearing: October 7, 2005 |
| | : | |
| JUVON SEARLES | : | |

**GOVERNMENT'S MOTION FOR DEFENDANT
TO SUBMIT BLOOD, SALIVA AND HAIR SAMPLES**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby moves this Court to permit it to collect the defendant's blood hair and saliva samples for the purpose conducting a DNA comparison of the defendant's sample to blood samples collected from the scene of the crime. As grounds for this motion the government states as follows:

I. FACTUAL BACKGROUND

On June 8, 2005, while MPD Officer Bowyer was traveling on 9th Street NW, he saw the defendant walking down the street. The defendant was holding his neck with his left hand and clutching what appeared to be a dark-colored gun in his waistband. Officer Bowyer saw the defendant bleeding from his neck. Officer Bowyer surmised that the defendant was on his way to Howard University Hospital and decided to follow him. At the hospital, the defendant went into the parking lot and bent down toward a van. The defendant then went inside Howard University Hospital. Officer Bowyer went to the mini-van and saw a pool of blood and a gun with blood stains near one of the van's tires. MPD Officer Karl Turner retrieved blood samples from the gun.

The government seeks to have the defendant submit to the taking of a blood sample,

saliva sample and hair samples so that a scientific comparisons may be made with the blood samples taken from the gun.

## II. ARGUMENT

It is well settled that the involuntary[1] taking of blood, hair and saliva samples is a search and seizure under the Fourth Amendment.  See, e.g., Skinner v. Railway Labor Executives' Ass'n, 489 U.S. 602 (1989); Schmerber v. California, 384 U.S. 757 (1966).  Pursuant to the Fourth Amendment involuntarily taking of blood, hair and saliva samples is permissible if there is probable cause to believe that the suspect has committed an offense of which the current state of one's blood, hair and saliva samples will constitute evidence of the offense.  Id at 770.

In this case, the government asserts that there is probable cause to believe that it is the defendant's blood that is on the gun because an officer saw the defendant bleeding and saw the defendant place the gun near the van. The gun which was retrieved from the van contained the defendant's blood.  Therefore, it is necessary to secure the defendant's blood, hair and saliva samples in order to conduct a DNA comparison with the blood found on the gun.

The government asserts that the samples will be taken by a licensed physician, licensed nurse or someone under the supervision of a licensed physician.

---

[1] Undersigned is not sure what the defendant's position is on this motion. On August 31, 2005, undersigned had extended a plea which would require the defendant to waive DNA testing. The initial deadline for this plea was September 5, 2005.  Due to defense counsel's trial schedule, this deadline has been extended.  During undersigned's conversation with defense counsel on September 19, 2005,  he indicated that the defendant would be pleading guilty and he wanted to speak with his client again prior to contacting chambers.  Since, September 20, 2005, undersigned has left telephonic messages with defense counsel to confirm whether his client would be pleading guilty so that we could contact chambers or in the alternative ascertain whether the defendant was going to object to the taking of hair, blood or saliva samples. Undersigned has been unsuccessful in her attempts to contact the defense counsel.   Undersigned is requesting that the Court decide the motion, on the pleadings prior to October 7, 2005 hearing date,  in an effort to get any DNA comparison done in a timely manner.

        Respectfully submitted,

        Kenneth L. Wainstein
        United States Attorney

BY: _____
        Wendy Short
        D.C. Bar. No.461-801
        Assistant United States Attorney
        Organized Crime and Narcotics Trafficking Section
        555 Fourth Street, N.W., Room 4245
        Washington, D.C. 20530
        (202)514-1885

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | Criminal No.: 05-255(RMC) |
| v | : | Motions Hearing: October 7, 2005 |
| JUVON SEARLES | : | |

**ORDER**

Upon motion of the United States of America in the above-captioned case for an Order of the Court requiring Juvon Searles to submit to the taking of a blood sample, a saliva sample and pulled hair samples from his person and the Court having considered the representations in support of the motion and the opinion of the Supreme court in <u>Schmerber. California</u> , 384 U.S. 757 (1966) and the Court having found probable cause to believes that the blood sample, saliva sample and pulled hair sample will produce evidence of the defendant's involvement in the crime charged, it is by the Court this_____ day of _____;

ORDERED, that the defendant, _____, submit to the taking of blood, saliva and pulled hair samples from his person by a licensed physician, licensed nurse or someone under the supervision of a licensed physician.

_____
Rosemary M. Collyer
United States District Court Judge
District Court of the District of Columbia