# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. CR 05-255 (RMC)** |
| **v.** | : | |
| **JUVON SEARLES,** | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Lynn C. Holliday, at telephone number (202) 616-9550, and/or email address lynn.holliday@usdoj.gov. Assistant United States Attorney Lynn C. Holliday will substitute for Assistant United States Attorney Wendy L. Short as counsel for the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
Lynn C. Holliday
Assistant United States Attorney
Federal Major Crimes Section, Bar No. 415-954
555 4th Street, NW, Room 4235
Washington, DC 20530
(202) 616-9550

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a copy of the foregoing notice has been mailed, first class, postage prepaid, to James Beane, Esq., 2715 M Street, N.W., Suite 200, Washington, DC 20007, this   15th   day of November, 2005.

_____
Lynn C. Holliday
Assistant United States Attorney