## UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
PROBATION OFFICE

RICHARD A. HOUCK, JR.
CHIEF UNITED STATES PROBATION OFFICER

E. BARRETT PRETTYMAN U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W., SUITE 2800
WASHINGTON, D.C. 20001-2866
TELEPHONE (202) 565-1300

November 16, 2005

### MEMORANDUM TO THE HONORABLE ROSEMARY M. COLLYER
### UNITED STATES DISTRICT JUDGE

**FILED**

**NOV 17 2005**

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

Re:   SEARLES, Juvon
      Docket Number: 1:05-00255-01
      Request for Extension and Delay of Sentencing

On October 7, 2005, Juvon Searles pled guilty to Using, Carrying, or Possessing a Firearm During and in Relation to a Drug Trafficking Offense, or in furtherance of such a crime. The case was referred to our office for a presentence investigation on October 18, 2005. Sentencing is scheduled for December 20, 2005.

The presentence report is due for disclosure on November 16, 2005. Pursuant to LcrR32.2, the final presentence report is due to the court on December 13, 2005. We need to further investigate the defendant's criminal history and are awaiting receipt of information from the Court Services Offender Supervision Agency. Therefore, I am requesting additional time to disclose the presentence report. In addition, I am requesting that sentencing be continued.

Neither Assistant U.S. Attorney Lynn Holliday nor Defense Counsel Elmer Douglas Ellis object to our request.

**RECEIVED**

**NOV 17 2005**

**CHAMBERS OF**
**JUDGE COLLYER**

**SEARLES, Juvon**
**Docket Number: 1:05-00255-01**

Should the court concur with this request, I ask that sentencing be scheduled for on or after January 16, 2006.

Respectfully submitted,

**UNITED STATES PROBATION OFFICE**

Elizabeth Suarez
U.S. Probation Officer
(202) 565-1341

Approved by: _Gennine W Hagar 11/16/05_
Gennine Hagar, Deputy Chief
United States Probation Officer
(202) 565-1336

cc: Elmer Douglas Ellis, Defense Counsel
    Lynn Holliday, AUSA

## ORDER ON REQUEST FOR EXTENSION AND DELAY OF SENTENCING

1. Extension for additional time to complete presentence report granted _RMC_.

   New sentencing date: _TBD but no sooner than Jan 16, 2006_

2. Extension for additional time to complete presentence report denied. Submit based on current record: _____

Rosemary M. Collyer
**UNITED STATES DISTRICT JUDGE**

_11/17/05_
**DATE**