**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA

v.

Juron Searles

Criminal No. 05-255

# FILED

### WAIVER OF TRIAL BY JURY

MAR 1 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

With the consent of the United States Attorney and the approval of the Court, the defendant

waives his/her right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent: _____

_____
Assistant United States Attorney

**APPROVED:**

_____
United States District Judge

Dated: 3/17/06